UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT | : : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:00CV1676 (CFD) |
| v. | : : | |
| SUSAN FLETCHER | : : | |
| Defendant. | : | November 19, 2004, 2004 |

## APPEARANCE

Please enter the Appearance of the undersigned on behalf of the plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications in the above-captioned action.

        PLAINTIFF — CHARTER
        COMMUNICATIONS ENTERTAINMENT I,
        LLC d/b/a CHARTER COMMUNICATIONS

        By_____
           Ryan M. Mihalic – ct24454

        Murtha Cullina LLP
        CityPlace I
        185 Asylum Street
        Hartford, CT  06103-3469
        Telephone:  (860) 240-6000
        rmihalic@murthalaw.com
        Its Attorney

743314_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Appearance was mailed first-class, postage prepaid, on November ____, 2004 to:

Susan Fletcher
16 Spring Street # Right
New Milford, Connecticut  06776


_____
Ryan M. Mihalic